# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GAD SMITH and JEAN SMITH,
Individually and as Co-Trustees of the
Gad Smith and Jean Smith Revocable Trust
dated February 28, 1995,

               Plaintiffs,

      V.                          CASE NUMBER: **11-C-71**

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

               Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiff on the plaintiffs' claims for breach of contract and breach of fiduciary duty.**

**The defendant's motion to dismiss for failure to state a claim is GRANTED.**

**This action is hereby DISMISSED.**


    September 13, 2011                                      JON W. SANFILIPPO
Date                                                         Clerk


                                                              s/ Linda M. Zik
                                                              (By) Deputy Clerk